LAW LIBRAR

NO. 28849

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee

vs.

DOUGLAS MILLER,
Petitioner/Defendant-Appellant



2010 FEB -4 PM 1:11 FILED

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-CR NO. 07-1-0309)

ORDER OF CORRECTION
(By: Acoba, J., for the court[1])

The opinion of the court, filed on January 25, 2010, is hereby corrected as follows:

Footnote 1 is corrected by deleting "then-Associate Judge Craig H. Nakamura" and replacing it with "Alexa D.M. Fujise," so that the footnote reads:

> The SDO was filed by then-Chief Judge Mark Recktenwald and Associate Judges Daniel R. Foley and Alexa D.M. Fujise.

The Clerk of the Court is directed to incorporate the foregoing change in the original opinion and take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, February 4, 2010.

FOR THE COURT:

Associate Justice



APPELLATE COURTS SEAL STATE OF HAWAI'I

---

[1] Considered by Moon, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Hirai, assigned by reason of vacancy.